No. 99–153. OREGON NATURAL DESERT ASSN. ET AL. *v.* DOMBECK, CHIEF, UNITED STATES FOREST SERVICE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–186. STANDARD INSURANCE CO. *v.* KEARNEY. C. A. 9th Cir. Certiorari denied.

No. 99–190. KUNIN *v.* SEARS, ROEBUCK & CO. C. A. 3d Cir. Certiorari denied.

No. 99–206. WIMMER *v.* SUFFOLK COUNTY POLICE DEPARTMENT ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–208. FRANKLIN SAVINGS CORP. ET AL. *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–210. HOSPITAL SERVICE DISTRICT No. 1 OF TANGIPAHOA PARISH ET AL. *v.* SURGICAL CARE CENTER OF HAMMOND, L. C., ET AL.; and RICHLAND PARISH HOSPITAL SERVICE DISTRICT 1–B, DBA RICHLAND PARISH MEDICAL CENTER, ET AL. *v.* ABRAHAM ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 171 F. 3d 231 (first judgment); 181 F. 3d 96 (second judgment).

No. 99–232. TOWNES *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–271. CITY OF NIAGARA FALLS 'ET AL. *v.* CAPTON. C. A. 2d Cir. Certiorari denied.

No. 99–308. DENA' NENA' HENASH, AKA TANANA CHIEFS CONFERENCE, INC. *v.* IPALOOK ET AL. Sup. Ct. Alaska. Certiorari denied.

No. 99–309. WEBB, SPECIAL DEPUTY RECEIVER FOR EMPLOYERS NATIONAL INSURANCE COMPANY IN RECEIVERSHIP *v.* B. C. ROGERS POULTRY, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–324. COLE *v.* TULLY ET AL. Super. Ct. Pa. Certiorari denied.

No. 99–331. EARLY ET AL. *v.* TOLEDO BLADE CO. ET AL. Ct. App. Ohio, Lucas County. Certiorari denied.